# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAINE E. COLEMAN, Sr.,           )
                                      )

        Plaintiff,             )         Civil Action No. 18-1152
                                        )         Judge Nora Barry Fischer/
             v.                 )         Magistrate Judge Maureen P. Kelly
                                        )

C/O HODGES,                  )
                                        )

        Defendant.        )
                                        )

## <u>MEMORANDUM ORDER</u>

The above-captioned prisoner civil rights action was received by the Clerk of Court on August 30, 2018, and was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (the "Report"), ECF No. 9, filed on November 30, 2018, recommended that this civil action be dismissed pursuant to the screening provisions of the PLRA for failure to state a claim upon which relief could be granted. Service of the Report was made on Plaintiff at his address of record. Plaintiff was given until December 17 2018 to file any objections. No Objections were filed.

**AND NOW**, this 18th day of December 2018;

**IT IS HEREBY ORDERED** that the Operative Complaint is DISMISSED for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that after de novo review of the Report and

Recommendation, ECF No. 9, filed on November 30, 2018, by Magistrate Judge Kelly, the Report

is adopted as the opinion of the court.

The Clerk shall mark the case closed.

BY THE COURT:

s/Nora Barry Fischer
Nora Barry Fischer
United States District Court Judge


cc:     The Honorable Maureen P. Kelly
        United States Magistrate Judge


        BLAINE E. COLEMAN, SR.
        Mercer County Jail
        55 Thompson Road
        Mercer, PA 16137